# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SCHROEDER, MARY M. | 2. Court or Organization<br><br>US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report<br><br>7/3/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR - CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address |
|---|
| U.S. COURTHOUSE, SUITE 610<br>401 W. WASHINGTON ST., SPACE 54<br>PHOENIX, AZ 85003-2156 |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. TRUSTEE | TRUST #1 |
| 3. ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/15/2011 | Duke University - teaching | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ARIZONA STATE UNIVERESITY - SALARY |
| 2. 2011 | SHESHUNOFF INFORMATION SERVICES - BOOK ROYALTY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 1/19/2011 - 1/20/2011 | PHILADELPHIA, PA | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 2. | AMERICAN LAW INSTITUTE | 3/4/2011 - 3/6/2011 | WASHINGTON, D.C. | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 3. | AMERICAN BANKRUPTCY INSTITUTE | 3/6/2011 - 3/8/2011 | NEW YORK, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 4. | FEDERAL BAR ASSOCIATION - OREGON CHAPTER | 4/20/2011 - 4/21/2011 | PORTLAND, OR | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 5. | GOLDEN GATE UNIVERSITY | 6/23/2011 - 7/3/2011 | PARIS, FRANCE | TEACHING | TRANSPORTATION, FOOD, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| **SCHROEDER, MARY M.** | 7/3/2012 |

| 6. | AMERICAN LAW INSTITUTE | 10/19/2011 - 10/22/2011 | NEW YORK, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
|---|---|---|---|---|---|
| 7. | DUKE LAW SCHOOL | 11/15/2011 - 11/17/2011 | RALEIGH, NC | TEACHING | TRANSPORTATION, FOOD, HOTEL, INCOME |
| 8. | AMERICAN LAW INSTITUTE | 12/7/2011 - 12/9/2011 | WASHINGTON, DC | SEMINAR | TRANSPORTATION, FOOD HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 7/3/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS | A | Interest | M | T | | | | | |
| 2. LINCOLN NAT'L LIFE | A | Interest | J | T | | | | | |
| 3. FRANKLIN FUND AZTXFR, INC. | A | Int./Div. | J | T | Sold (part) | 07/25/11 | J | | |
| 4. EQUITABLE 300+ STOCK FUND-IRA | | None | | T | Sold | 4/11/11 | K | | |
| 5. AZ STATE CREDIT UNION ACCOUNTS | A | Interest | L | T | | | | | |
| 6. VALIC ACCOUNTS | | | | | | | | | |
| 7. -VALIC FIXED PLUS FUND | C | Interest | L | T | Sold (part) | 10/10/11 | K | | |
| 8. -VALIC FIXED PLUS FUND | | | | T | Sold (part) | 6/6/11 | J | | |
| 9. - VALIC SET RATE 7 YR | D | Interest | N | T | | | | | |
| 10. TIAA - CREFF ACCOUNTS TRADITIONAL (RET. ANN) | | | | | | | | | |
| 11. -TIAA TRADITIONAL (RET ANN.) | E | Interest | O | T | Sold (part) | 7/1/11 | M | | |
| 12. -TIAA TRADITIONAL (RET ANN.) | | | | T | Buy (add'l) | 7/26/11 | N | | |
| 13. -CREF STOCK | | None | K | T | | | | | |
| 14. -CREF GROWTH | | None | J | T | | | | | |
| 15. -CREF EQUITY INDEX | | None | M | T | | | | | |
| 16. -TC INTL EQ. RET. | | None | L | T | Buy (add'l) | 11/25/11 | K | | |
| 17. -TC MIDCAP VAL RET. | | None | N | T | Buy (add'l) | 11/25/11 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 7/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TIAA REAL ESTATE | | None | M | T | Sold (part) | 12/1/11 | J | | |
| 19. -CREF INFL lINKED BONDS | | None | N | T | Buy (add'l) | 7/26/11 | M | | |
| 20. -CREF BOND MARKET | | None | K | T | | | | | |
| 21. -TC SHORT TERM BOND | | None | | T | Sold | 7/26/11 | M | A | |
| 22. -GOLDMAN SACHS | B | Dividend | | T | Buy (add'l) | 7/1/11 | L | | |
| 23. -GOLDMAN SACHS | | | | T | Sold | 7/26/11 | N | C | |
| 24. -NUVEEN MIDCAP GW (FORMERLY FIRST AM MIDCAP GWTH) | | None | | T | Sold | 7/26/11 | N | | |
| 25. -TC MIDCAP VAL (Y) | | None | | T | Buy (add'l) | 7/26/11 | M | | |
| 26. -TC MIDCAP VAL (Y) | | | | T | Sold | 11/23/11 | M | | |
| 27. TC INTL EQ. PREM (Y) | | None | | T | Sold (part) | 11/23/11 | K | | |
| 28. -TC INTL EQ. PREM (Y) | | | | T | Sold | 12/1/11 | J | | |
| 29. CWC ACCOUNTS | | | | | | | | | |
| 30. -FDRXX (FIDELITY CASH RESERVES) | B | Dividend | M | T | Buy | 4/12/11 | J | | |
| 31. -FDRXX (FIDELITY CASH RESERVES) | | | | T | Buy (add'l) | 4/19/11 | K | | |
| 32. -FDRXX (FIDELITY CASH RESERVES) | | | | T | Buy (add'l) | 7/13/11 | M | | |
| 33. -PTTPX | A | Dividend | K | T | Buy | 7/14/11 | J | | |
| 34. -PTTPX | A | Dividend | | T | Buy (add'l) | 9/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 7/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -VFIDX | A | Dividend | K | T | Buy | 9/2/11 | K | | |
| 36. -VFICX | A | Dividend | J | T | Buy | 7/14/11 | J | | |
| 37. -FSAXX | A | Dividend | K | T | Buy | 7/25/11 | J | | |
| 38. -FSAXX | | | | T | Buy (add'l) | 8/5/11 | J | | |
| 39. -PTTRX | A | Dividend | K | T | Buy | 9/2/11 | K | | |
| 40. DREY MDCAP INDX (NATIONWIDE) | | None | J | T | Buy | 7/14/11 | J | | |
| 41. WELLS FARGO BANK (IRA) (Y) | A | Interest | K | T | | | | | |
| 42. TC High Yield RTMT | A | Int./Div. | L | T | | | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 7/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REVISIONS/EXPLANATIONS TO PART VII.

CREF BOND MKT PREVIOUSLY SHOWN AS CREF BOND

TC MIDCAP VAL INADVERTENTLY OMITTED IN PRIOR REPORT

TC INTL EQ. PREM INADVERTENTLY OMITTED IN PRIOR REPORT

WELLS FARGO BANK (IRA) INADVERTENTLY OMITTED IN PRIOR REPORT

TC High Yield RTMT: was sold on 12/8/2010.  (Code K = $15,001-$50,000)

FIRST AM MIDCAP GWTH and  FIRST AM MIDCAP GWTH (RET. ANN) that were listed in prior 2010 report became NUVEEN MIDCAP GW and are listed in Section VII, Line 24 of this Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 7/3/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **MARY M. SCHROEDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544